UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD CORSI

    **PLAINTIFF,**

v.                                                Case No.: 8:21-cv-1954-SDM-AEP

UNITED STATES OF AMERICA

    **DEFENDANT.**

_____/

## AMENDED COMPLAINT

COMES NOW, RICHARD CORSI, hereinafter "Plaintiff", by and through undersigned counsel, and files this Amended Complaint against the UNITED STATES OF AMERICA, hereinafter "Defendant."

1. Plaintiff is a citizen of Florida, resident at 2900 66th St. N, St. Petersburg, FL 33710.

2. Defendant operates a United States Postal Service office located at 1275 66th Street N, St. Petersburg, FL 33710.

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1346(b)(1).

4. Pursuant to the Federal Tort Claims Act (FTCA) Procedures a notice of claim was sent and received by the Defendant November 16, 2020. Additional records requested were sent and received February 18, 2021. The Defendant had until May 16, 2021 to respond to the claim. As of the date of filing, no response has been given. All conditions precedent have been performed.

5. On April 1, 2019, the Plaintiff was attempting to enter the above-mentioned USPS office to have mail sent off.

6. At that time and place, he fell off the sidewalk where there was a gap in the guard rail and where the sidewalk was narrowed due to a pillar.

7. As a result, he sustained multiple injuries.

8. Defendant owed Plaintiff a duty to keep its premise in a safe condition for invitees.

9. Defendant breached its duty to Plaintiff by failing to keep its premises in a reasonably safe condition and failing to warn of the dangerous condition.

10. Defendant's breach was the proximate cause of the injuries sustained by the Plaintiff due to his fall.

11. Based on the foregoing the Plaintiff is entitled to the damages set forth in the prayer for relief below.

WHEREFORE Plaintiff demands the following relief: compensatory damages, expenses of hospitalization, costs of suit, future medical expenses, lost and future wages, pain and suffering, loss of the capacity for the enjoyment of life, and any other relief this Court deems appropriate.

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on the August 17, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

UNITED STATES OF AMERICA
Office of Chief Counsel VA Regional Office
3322 West End Avenue, Suite 509
Nashville, TN 37203

/s/Andrew J Plagge
ANDREW J PLAGGE, Esq.
(FBN 106590)
Denmon Pearlman
520 2nd Ave. South
St. Petersburg, Florida 33701
727-493-5610
injury@denmonlaw.com